Mae Mayer, appellee, v. Arthur S. Wickersham et al., appellants. Gen. No. 40,079.

Opinion filed June 30, 1938.

Wilbert V. Dunne, for certain appellant. Robert P. Ginsburg, for certain other appellant. Paul D. Buchheit, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.